IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                      Criminal No. 92-68-05-PB

Mark Heino

ORDER REMITTING BALANCE
OF UNPAID CRIMINAL FINE

Upon petition by the United States of America under the provisions of 18 U.S.C. § 3573, for remission of the balance of the unpaid criminal fine imposed upon the criminal defendant listed above and the Court being sufficiently advised herein and finding that the United States Attorney has represented the defendant is unable to pay in full and that the interests of justice would be served by remission, it is hereby

ORDERED, that the unpaid balance on the fine in the amount of $75,000.00 be remitted.

DATED:                                    /s/ Paul Barbadoro
                                         U.S. District Court Judge